UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60939-CIV-SINGHAL

FELIPE GADIEL PADILLA CHAPAN,

　　　　Petitioner,

vs.

GARRETT RIPA, Field Office Director of
Enforcement of Removal Operations, *et al.*,

　　　　Respondents.
_____/

## ORDER

**THIS CAUSE** is before the Court on its *sua sponte* review of the docket.  The parties have perfected briefing in this case (DE [1], [4], [6]) and the Court discerns no factual disputes.  While 28 U.S.C. § 2243 ordinarily requires petitions for writs of habeas corpus to be set for hearing, the Court is cognizant that often neither the petitioner nor respondent(s) find a hearing to be convenient or in furtherance of a swift, just adjudication of the case.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that by **May 5, 2026**, the parties are **ORDERED** to either **(1)** file a joint notice waiving a hearing on Petitioner's Petition for Writ of Habeas Corpus (DE [1]), or **(2)** file unilateral or joint notice(s) invoking a hearing under Section 2243.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 4th day of May 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF